Case #
26-12005

**CORPORATE DISCLOSURE STATEMENT / OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the U.S. District Court Eastern District of Virginia, the undersigned counsel for **GALLAGHER ASSOCIATES, LLC** certifies that the following-named parent, subsidiary, or affiliate entities have issued stock or debt securities to the public, or that no such entity exists (check and complete all that apply): [1]

1. Any publicly held parent corporation or entity:
   - None.
2. Any publicly held corporation or entity owning 10% or more of the party's stock or equity:
   - None.
3. For non-publicly traded entities (LLCs, partnerships, closely held trusts):
   - Names of all general partners, limited partners, or members/owners with a direct interest: Mary Ellen Gallagher
   - Date: 08/18/2026
   - By:

FILED
FRONT COUNTER
2026 AUG 19 PM 12: 26
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

Counsel for **GALLAGHER ASSOCIATES, LLC**