**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 26−12005−BFK
**Chapter** 11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gallagher Associates, LLC
2501 N Glebe Rd Suite 301
Arlington, VA 22207

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: 22−3951368

## NOTICE OF POSSIBLE DISMISSAL PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS; AND HEARING THEREON

**TO: DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on August 19, 2026. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:** **September 2, 2026**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

****Missing Document(s):**

**All Schedules and Statement of Financial Affairs**
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**List of Equity Security Holders**
**Declaration About an Individual Debtor's Schedules**

If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

***Location: Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314***
***Date: September 15, 2026***
***Time: 11:00 AM***

***If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.***

***NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.***

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

Date: August 20, 2026

/s/ Lilian Del Transito Palacios
Deputy Clerk
Direct Dial Telephone No. 703−258−1217

[1007115vMarch2025.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 26-12005-BFK
Gallagher Associates, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: LilianPal Page 1 of 2
Date Rcvd: Aug 21, 2026 Form ID: 1007115 Total Noticed: 7

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Gallagher Associates, LLC, 2501 N Glebe Rd Suite 301, Arlington, VA 22207-3558 |
| 17148278 | + | Arlington County Treasurer, 2100 Clarendon Blvd, Suite 217, Arlington, VA 22201-5447 |
| 17148277 | + | John Marshall Medical, Dental Building Condominium, 2501 N Glebe, Arlington, VA 22207-3558 |
| 17148279 | + | Verna & Associates, 105 Jessup Road, Suite 100, Thorofare, NJ 08086-2182 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| 17148453 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2026 05:58:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 17148280 | Email/Text: delinquencycontrol@nihfcu.org | Aug 21 2026 05:59:00 | NIH Federal Credit Union, P.O. Box 6475, Rockville, MD 20849-6475 |
| 17148454 | Email/Text: atlreorg@sec.gov | Aug 21 2026 05:59:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|

| | |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee Matthew W. Cheney Kristen.S.Eustis@usdoj.gov robert.w.ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 2