# *Exhibit A*

**Scott W. Foley**
Direct Dial: 410.385.4234
swf@shapirosher.com

SHAPIRO SHER

250 West Pratt Street
Suite 2000
Baltimore, Maryland 21201

P 410.385.0202
F 410.539.7611

shapirosher.com

*Licensed in MD, VA, and District of Columbia

August 21, 2026

***VIA ELECTRONIC MAIL AND FIRST-CLASS MAIL***
Cathleen A. Mullen, Esq.
Mullen Law PLLC
5908 4th Street N
Arlington, Virginia 22203
cmullen@cmullenlaw.com

*Re: In re: Gallagher Associates, LLC*
*U.S. Bankruptcy Court for the Eastern District of Virginia (Alexandria) (the Bankruptcy Court")*
*Case No. 26-12005*

Dear Ms. Mullen:

As you are aware, this firm represents NIH Federal Credit Union (the "Lender") under and in connection with, among other things, the following two (2) commercial loans (collectively, the "Loans"):

(1) **$560,000 Loan.** A commercial term loan from the Lender to Gallagher Associates, LLC (the "Debtor"), and Northern Virginia Internal Medicine and Pediatrics, P.C. (the "OpCo Borrower" and together with the Debtor, the "Borrowers"), in the original principal amount of $560,000.00 (the "$560,000 Loan"). The $560,000 Loan is evidenced by, among other things, a Promissory Note, dated January 15, 2016, in the original principal amount of $560,000.00, executed by the Borrowers and payable to the order of the Lender.

The indebtedness due and owing under the $560,000 Loan is secured by, among other things, the following: (a) a first-priority, duly-perfected deed of trust lien in, to and against all that certain lot, piece or parcel of land, situated in Arlington County, Virginia, commonly known as Condominium Unit No. 301 of the John Marshall Medical Dental Building located at 2501 North Glebe Road, Arlington, Virginia 22207 (the "Real Property") pursuant to and as more fully described in a Deed of Trust, dated January 15, 2016, executed by the Debtor for the benefit of the Lender and recorded among the Land Records of Arlington County, Virginia (the "Land Records") at Document No. 20160100001111; (b) a duly-perfected assignment of all present and future leases and all rents, revenue, income, issues, royalties, bonuses, accounts receivable, cash or security deposits, advance rentals, profits and proceeds from the Real Property and other payments and benefits from such leases (collectively, the "Rents") pursuant to the terms and conditions of, and as more fully described in, an Assignment of Rents, dated January 15, 2016, executed by the Debtor for the benefit of the Lender and recorded among the Land Records at Document No. 20160100001112 (the "Assignment of Rents"); and (c) a duly-perfected security interest in, to and against, among others, all tangible and intangible assets of, among other things, the Debtor

SHAPIRO SHER



pursuant to a Commercial Security Agreement, dated January 15, 2016, executed by the Borrowers for the benefit of the Lender.

(2) **$108,575 Loan.** A commercial term loan from the Lender to the OpCo Borrower in the original maximum principal amount of $108,575.00 (the "$108,575 Loan"). The $108,575 Loan is evidenced by, among other things, a Promissory Note, dated January 31, 2023, in the original maximum principal amount of $108,575, executed by the OpCo Borrower and payable to the order of the Lender, as amended.

The payment and performance of the $108,575 Loan is guaranteed by, among others, the Debtor pursuant to the terms and conditions of a Guaranty Agreement, dated April 24, 2024, executed and delivered by the Debtor for the benefit of the Lender.

The indebtedness due and owing under the $108,575 Loan is secured by, among other things, a duly-perfected deed of trust lien on the Real Property and an assignment of the Rents pursuant to and as more fully described in a Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing, dated April 24, 2024, executed by the Debtor for the benefit of the Lender and recorded among the Land Records as Instrument No. 20240100004982.

As set forth in the $560,000 Loan Notice of Defaults and Demand for Payment in Full, dated June 10, 2026, and the $108,575 Loan Notice of Defaults and Demand for Payment in Full, dated June 10, 2026, the Loans matured on May 1, 2026, and the Borrowers failed to repay the indebtedness due and owing thereunder in full on or before the maturity date. Under the Assignment of Rents "so long as there is no default under this Assignment, Grantor [Debtor] may remain in possession and control of and operate and manage the Property [Real Property] and collect the Rents, provided that the granting of the right to collect the Rents shall not constitute Lender's consent to the use of cash collateral in a bankruptcy proceeding."

To the extent the Debtor is entitled to exercise control over the Rents, the Debtor's cash, negotiable interests, items of payment, and cash equivalents, including all proceeds, products, offspring, rents, or profits of the Real Property (the "Cash Collateral") are cash collateral within the meaning of 11 U.S.C. §363(a). Pursuant to 11 U.S.C. §363(c)(4), the Debtor is required to place into a segregated account and account for all such Cash Collateral. Please immediately provide me with evidence that the Cash Collateral has been segregated.

Moreover, the Debtor has not provided the Lender adequate protection for the Lender's interest in the Cash Collateral. The Debtor has not sought the Lender's permission to use the Cash Collateral, and the Lender does not consent to the Debtor's use thereof. Thus, pursuant to 11 U.S.C. §363(c)(2), the Debtor is hereby notified to immediately cease and desist using the Cash Collateral.

If the Debtor persists in continuing to use the Cash Collateral, the Lender will be forced to take immediate action with the Bankruptcy Court including, but not limited to, seeking to prohibit the Debtor's use thereof and requesting relief from the automatic stay with respect to the Cash Collateral and the Real Property.

SHAPIRO SHER



Thank you for your prompt attention to this matter. The Lender expressly reserves all rights and remedies.

Very truly yours,

Scott W. Foley

Scott W. Foley

cc: NIH Federal Credit Union (*via e-mail*)