**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(ALEXANDRIA DIVISION)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GALLAGHER ASSOCIATES, LLC, | ) | |
| | ) | Case No. 26-12005 |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION OF NIH FEDERAL CREDIT UNION (I) TO PROHIBIT DEBTOR'S USE OF CASH COLLATERAL AND (II) FOR ADEQUATE PROTECTION**

Upon consideration of the Motion of NIH Federal Credit Union (i) to Prohibit Debtor's Use of Cash Collateral and (ii) for Adequate Protection (the "**Motion**"), no objection having been filed to the Motion or any objection having been overruled by the Court, and good cause having been shown, it is therefore, by the United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division).

ORDERED, that the Motion is granted; and it is further

ORDERED, that Gallagher Associates, LLC (the "**Debtor**") is enjoined from using the Cash Collateral (as defined in the Motion); and it is further

ORDERED, that the Debtor shall segregate and account for any Cash Collateral in its possession, which has come into its possession since the Petition Date (as defined in the Motion), or which henceforth comes into its possession.

cc: Scott W. Foley, Esq.
Shapiro Sher Guinot & Sandler
250 W. Pratt Street, Ste. 2000
Baltimore, MD 21201

Cathleen A. Mullen, Esq.
Mullen Law PLLC
5908 4th St N
Arlington, Virginia 22203

Gallagher Associates, LLC
Northern Virginia Internal Medicine
and Pediatrics, P.C.
2501 North Glebe Road, Suite 301
Arlington, VA 22207

Mary Ellen Gallagher
606 South Taylor Street
Arlington, Virginia 22204

- **END OF ORDER –**