**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re
Gallagher Associates LLC
Debtor(s)

Case No. 26-12005

Chapter 11

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

X Involuntary/Voluntary Petition *[Specify reason for amendment:* SARE, not Sub-V *]*
*Check if applicable:* ___ Soc. Sec. No. amended. [***If applicable*: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on__________________.***]
___ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
___ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
___ Schedule A/B - Property
___ Schedule C - The Property You Claim as Exempt
___ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
___ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
***( $34.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)*** **Check applicable statement(s)**:

___ **Creditor(s) added** ___ **Creditor(s) deleted**
___ **Change in amounts owed or classification of debt**
___ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed**. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
___ **Post-petition creditors added (Schedule of Unpaid Debts)**

**REMINDER: Conversion of Chapter 13 to Chapter 7 – only file Schedule of Unpaid Debts.**
___ Schedule G - Executory Contracts and Unexpired Leases
___ Schedule H – Your Codebtors
___ Schedule I – Your Income
___ Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
***Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

___ Statement of Financial Affairs

___ Statement of Intention for Individuals Filing Under Chapter 7

___ Chapter 11 List of Equity Security Holders

___ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

___ Attorney's Disclosure of Compensation

___ Other: ______________________________

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: CM/ECF or first class mail to all creditors on attached matrix.

Date: 9/1/2026

/s/ Daniel M Press
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: 37123
Mailing Address: 201 Washington St
Cumberland MD 21502
Telephone No.: 703-725-7600

Label Matrix for local noticing
0422-1
Case 26-12005-BFK
Eastern District of Virginia
Alexandria
Tue Sep 1 02:16:46 EDT 2026

Gallagher Associates, LLC
2501 N Glebe Rd Suite 301
Arlington, VA 22207-3558

NIH Federal Credit Union
P.O. Box 6475
Rockville, MD 20849-6475

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Arlington County Treasurer
2100 Clarendon Blvd
Suite 217
Arlington, VA 22201-5447

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

John Marshall Medical
Dental Building Condominium
2501 N Glebe
Arlington, VA 22207-3558

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

Verna & Associates
105 Jessup Road
Suite 100
Thorofare, NJ 08086-2182

Jolene E. Wee
JW Infinity Consulting LLC
447 Broadway
Ste 2nd FL #502
New York, NY 10013-2562

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)NIH Federal Credit Union
P.O. Box 6475
Rockville, MD 20849-6475

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 10 |
| Bypassed recipients | 1 |
| Total | 11 |