**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Gallagher Associates, LLC** | : | **No. 26-12005-BFK** |
| **Debtor.** | : | |

**AFFIDAVIT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 AND SECTION 327 OF THE BANKRUPTCY CODE**

Daniel M. Press, an attorney, affirms and declares under penalty of perjury as follows:

1. I am an attorney and maintain offices for the practice of law at 201 Washington St., Cumberland MD 21502.

2. I am admitted to practice before the Courts of the Commonwealth of Virginia, State of Maryland, District of Columbia, the United States District Courts for the District of Maryland, Eastern and Western Districts of Virginia, District of Columbia, Northern District of California, Eastern District of Missouri, Eastern District of Michigan, Northern District of Ohio, Northern District of Illinois, and District of Puerto Rico, including the Bankruptcy Courts situated therein, the U.S. Courts of Appeals for the 4th, D.C., 3rd, 9th, 11th, and Federal Circuits, and the U.S Supreme Court.

3. I submit this affidavit in support of the application of Gallagher Associates LLC (the "Debtor") to employ me as counsel to represent the Debtor in this chapter 11 case. Neither I, nor any associate of mine, insofar as I have been able to ascertain after

Daniel M. Press, VSB# 37123
LAW OFFICES OF DANIEL M. PRESS
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

reasonable investigation, has any connection with the Debtor, other than as its attorneys in this case, nor with any creditors, any other parties-in-interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, except as follows:

• I serve on the Board of the Northern Virginia Bankruptcy Bar Association with Michael Freeman, Assistant U.S. Trustee.

The Debtor desires to employ me under a general retainer because of the diverse legal services that are likely to be required. Subject to the approval of the Court, the Debtor has agreed to compensate me at my usual hourly rates ($595/hr.) and to reimburse the firm for its expenses, charges and disbursements.

5. Insofar as I have been able to ascertain, I am a disinterested person within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b).

6. I will not, while engaged in this case, undertake representation of any other entity in connection therewith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026.

__/s/ Daniel M. Press_________

Daniel M. Press, VSB# 37123
LAW OFFICES OF DANIEL M. PRESS
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor