**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Gallagher Associates, LLC** | : | **No. 26-12005-BFK** |
| | : | |
| **Debtor.** | : | |
| | : | |

# MOTION TO EXTEND TIME FOR FILING LISTS, SCHEDULES AND STATEMENTS

COMES NOW the Debtor, Gallagher Associates, LLC, by counsel, and, pursuant to Local Rule 1007-1(B), moves this honorable Court to extend the time for filing its Lists, Schedules, and Statements and in support thereof states the following:

1. The Debtor's lists, statements, and schedules are due on September 2, 2026.

2. The Meeting of Creditors is scheduled for September 23, 2026.

3. The Debtor requires additional time within which to sufficiently prepare its Lists, Schedules, and Statements, as counsel was just retained.

4. As no further authority or argument is necessary, Debtor respectfully requests that the requirement for s Memorandum be waived.

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing its Lists, Schedules and Statements from September

Daniel M. Press, VSB# 37123
LAW OFFICES OF DANIEL M. PRESS
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

2, 2026, to September 16, 2026, the seventh day before the Meeting of Creditors.

Dated: September 1, 2026.

Respectfully submitted,

__/s/ Daniel M. Press ______ ___
Daniel M. Press, VSB# 37123
LAW OFFICES OF DANIEL M. PRESS
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 1st day of September, 2026, I caused the foregoing Motion to be served by CM/ECF, where available, or first-class mail, postage pre-paid, upon all creditors and parties in interest and the Office of the U.S. Trustee, per the attached matrix.

__/s/ Daniel M. Press ______ ___
Daniel M. Press

Label Matrix for local noticing
0422-1
Case 26-12005-BFK
Eastern District of Virginia
Alexandria
Tue Sep 1 02:16:46 EDT 2026

Gallagher Associates, LLC
2501 N Glebe Rd Suite 301
Arlington, VA 22207-3558

NIH Federal Credit Union
P.O. Box 6475
Rockville, MD 20849-6475

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Arlington County Treasurer
2100 Clarendon Blvd
Suite 217
Arlington, VA 22201-5447

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

John Marshall Medical
Dental Building Condominium
2501 N Glebe
Arlington, VA 22207-3558

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

Verna & Associates
105 Jessup Road
Suite 100
Thorofare, NJ 08086-2182

Jolene E. Wee
JW Infinity Consulting LLC
447 Broadway
Ste 2nd FL #502
New York, NY 10013-2562

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)NIH Federal Credit Union
P.O. Box 6475
Rockville, MD 20849-6475

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 10 |
| Bypassed recipients | 1 |
| Total | 11 |