**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(ALEXANDRIA DIVISION)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GALLAGHER ASSOCIATES, LLC, | ) | |
| | ) | Case No. 26-12005 |
| Debtor. | ) | |
| | ) | |

**NOTICE OF OPPORTUNITY TO OBJECT TO CREDITOR'S MOTION**
**(I) TO PROHIBIT DEBTOR'S USE OF CASH COLLATERAL**
**AND (II) FOR ADEQUATE PROTECTION**

**PLEASE TAKE NOTICE** that NIH Federal Credit Union, creditor ("NIH") has filed a *Motion of NIH Federal Credit Union (I) to Prohibit Debtor's Use of Cash Collateral and (II) for Adequate Protection* ECF No. 17 on August 31, 2026 (the "Motion").

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:**

☒ **On or before September 21, 2026**, file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

Clerk of the Bankruptcy Court
200 South Washington Street
Alexandria, Virginia 22314

Any objection filed must be sent to:

Scott W. Foley, Bar No. 466848
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201

☒ **PLEASE TAKE NOTICE that a hearing will be held on September 29, 2026, at 11:00 a.m. regarding the Motion**. The hearing will be held in person. All participants must appear in-person at the United States Bankruptcy Courthouse, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, Virginia 22314.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: September 2, 2026

Respectfully submitted,

*/s/ Scott W. Foley*
Scott W. Foley, Bar No. 466848
**SHAPIRO SHER GUINOT & SANDLER**
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Telephone: (410) 385-4234
Email: swf@shapirosher.com

*Attorneys for NIH Federal Credit Union*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this September 2, 2026, a true and correct copy of the foregoing was served by CM/ECF to all parties receiving thereby, and by first class mail, postage prepaid, to the attached list of creditors.

*/s/ Scott W. Foley*
Scott W. Foley

**26-12005-BFK** Gallagher Associates, LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Chief Bankruptcy Jud:** Brian F Kenney
**Date filed:** 08/19/2026 **Date of last filing:** 09/01/2026

# Creditors

| | |
|---|---|
| **Arlington County Treasurer**<br>2100 Clarendon Blvd<br>Suite 217<br>Arlington, VA 22201 | (17148278)<br>(cr) |
| **IRS**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (17148453)<br>(cr) |
| **John Marshall Medical**<br>Dental Building Condominium<br>2501 N Glebe<br>Arlington, VA 22207 | (17148277)<br>(cr) |
| **NIH Federal Credit Union**<br>P.O. Box 6475<br>Rockville, MD 20849-6475 | (17148280)<br>(cr) |
| **U.S. Securities and Exchange Commission**<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | (17148454)<br>(cr) |
| **Verna & Associates**<br>105 Jessup Road<br>Suite 100<br>Thorofare, NJ 08086 | (17148279)<br>(cr) |