**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

Alexandria **Division**

In re Gallagher Associates, LLC

Case No. 26-12005-BFK

Debtor(s)

Chapter 11

**ORDER EXTENDING TIME**
**TO FILE LISTS, SCHEDULES AND STATEMENTS;**
**AND HEARING THEREON**

The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

**ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to September 16, 2026, which is the seventh day prior to the scheduled meeting of creditors, for filing the following:

All Schedules and Statement of Financial Affairs

Summary of Your Assets and Liabilities and Certain Statistical Information

List of Equity Security Holders

Declaration About an Individual Debtor's Schedules

If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

***Date***: September 29, 2026
***Time***: 11:00 a.m.
***Location***: U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA 22314

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.**

NOTICE: **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time. The debtor is advised that a separate hearing will be held on each Order Extending Time or Notice of Possible Dismissal issued in a case.**

CHARRI S. STEWART
Clerk of Court

By /s/ Lilian Palacios
Deputy Clerk

Date: September 3, 2026

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
September 3, 2026

[oextflss ver 01/25]