**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In re:<br><br>Gallagher Associates, LLC,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 26-12005-BFK |

**ORDER DISCHARGING SUBCHAPTER V TRUSTEE IN CASE WHERE THE DEBTOR REMOVED SUBCHAPTER V DESIGNATION**

**WHEREAS,** on September 1, 2026, the Debtor filed an Amended Voluntary Petition removing its Subchapter V designation and designating case as a single asset real estate (Docket No. 18); and

**WHEREAS,** on September 1, 2026, Jolene E. Wee (the "Subchapter V Trustee") filed her report of no distribution and requests to be discharged as Subchapter V Trustee in this proceeding;

**NOW, THEREFORE,** in consideration of all the facts and circumstances herein and it appearing that no further additional notice being required, it is hereby;

**ORDERED,** that Jolene E. Wee as Subchapter V Trustee of the above-captioned estate be and hereby is discharged.

Date: Sep 4 2026

/s/ Brian F Kenney
Hon. Brian F. Kenney
Chief United States Bankruptcy Judge

Entered on Docket: Sep 4 2026

**I ASK FOR THIS:**

*/s/ Jolene E. Wee*
Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
(929) 502-7715
jwee@jw-infinity.com
*Subchapter V Trustee*

**END OF ORDER**