**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

Alexandria **Division**

In re Gallagher Associates, LLC

Case No. 26-12005-BFK

Debtor(s) Chapter 11

**ORDER EXTENDING TIME**
**TO FILE LISTS, SCHEDULES AND STATEMENTS;**
**AND HEARING THEREON**

The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

**ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to September 16, 2026, which is the seventh day prior to the scheduled meeting of creditors, for filing the following:

All Schedules and Statement of Financial Affairs

Summary of Your Assets and Liabilities and Certain Statistical Information

List of Equity Security Holders

Declaration About an Individual Debtor's Schedules

If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

***Date***: September 29, 2026
***Time***: 11:00 a.m.
***Location***: U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA 22314

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.**

NOTICE: **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time. The debtor is advised that a separate hearing will be held on each Order Extending Time or Notice of Possible Dismissal issued in a case.**

CHARRI S. STEWART
Clerk of Court

By /s/ Lilian Palacios
Deputy Clerk

Date: September 3, 2026

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
September 3, 2026

[oextflss ver 01/25]

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 26-12005-BFK
Gallagher Associates, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: LilianPal Page 1 of 2
Date Rcvd: Sep 03, 2026 Form ID: pdford6 Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gallagher Associates, LLC, 2501 N Glebe Rd Suite 301, Arlington, VA 22207-3558 |
| 17148278 | + | Arlington County Treasurer, 2100 Clarendon Blvd, Suite 217, Arlington, VA 22201-5447 |
| 17148277 | + | John Marshall Medical, Dental Building Condominium, 2501 N Glebe, Arlington, VA 22207-3558 |
| 17148279 | + | Verna & Associates, 105 Jessup Road, Suite 100, Thorofare, NJ 08086-2182 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 04 2026 02:39:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 17148453 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 04 2026 02:39:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 17148280 | | Email/Text: delinquencycontrol@nihfcu.org | Sep 04 2026 02:40:00 | NIH Federal Credit Union, P.O. Box 6475, Rockville, MD 20849-6475 |
| 17148454 | | Email/Text: atlreorg@sec.gov | Sep 04 2026 02:39:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NIH Federal Credit Union, P.O. Box 6475, Rockville, MD 20849-6475 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Daniel M. Press | on behalf of Debtor Gallagher Associates LLC dan@danpress.us, pressdm@gmail.com;danpress@recap.email |
| Jolene E. Wee | on behalf of Trustee Jolene E. Wee jwee@jw-infinity.com cjew11@trustesolutions.net |
| Jolene E. Wee | jwee@jw-infinity.com cjew11@trustesolutions.net |
| Kristen S. Eustis | on behalf of U.S. Trustee Matthew W. Cheney Kristen.S.Eustis@usdoj.gov robert.w.ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Scott W. Foley | on behalf of Creditor NIH Federal Credit Union swf@shapirosher.com ajs@shapirosher.com;msw@shapirosher.com;ejd@shapirosher.com;LAR@shapirosher.com |

TOTAL: 6