**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re Gallagher Associates, LLC

Debtor(s)

Case No. 26-12005-BFK

Chapter 11

# ORDER OF DESIGNATION

An order for relief under Title 11 U.S.C., Chapter 11 having been entered on the petition filed in this case on August 19, 2026; it is, therefore

**ORDERED** that Mary Ellen Gallagher, President is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

**ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date: Sep 3 2026

/s/ Brian F Kenney
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
Sep 3 2026

United States Bankruptcy Court
Eastern District of Virginia

In re:
Gallagher Associates, LLC
Debtor

Case No. 26-12005-BFK
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: LilianPal Page 1 of 2
Date Rcvd: Sep 03, 2026 Form ID: pdford9 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gallagher Associates, LLC, 2501 N Glebe Rd Suite 301, Arlington, VA 22207-3558 |
| desig | + | Mary Ellen Gallagher, 2501 N Glebe Rd Suite 301, Arlington, VA 22207-3558 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 04 2026 02:39:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Gallagher Associates LLC dan@danpress.us, pressdm@gmail.com;danpress@recap.email |
| Jolene E. Wee | on behalf of Trustee Jolene E. Wee jwee@jw-infinity.com cjew11@trustesolutions.net |
| Jolene E. Wee | jwee@jw-infinity.com cjew11@trustesolutions.net |

| | |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee Matthew W. Cheney Kristen.S.Eustis@usdoj.gov robert.w.ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Scott W. Foley | on behalf of Creditor NIH Federal Credit Union swf@shapirosher.com ajs@shapirosher.com;msw@shapirosher.com;ejd@shapirosher.com;LAR@shapirosher.com |

TOTAL: 6