**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In re:<br><br>Gallagher Associates, LLC,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 26-12005-BFK |

**ORDER DISCHARGING SUBCHAPTER V TRUSTEE IN CASE WHERE THE DEBTOR REMOVED SUBCHAPTER V DESIGNATION**

**WHEREAS,** on September 1, 2026, the Debtor filed an Amended Voluntary Petition removing its Subchapter V designation and designating case as a single asset real estate (Docket No. 18); and

**WHEREAS,** on September 1, 2026, Jolene E. Wee (the "Subchapter V Trustee") filed her report of no distribution and requests to be discharged as Subchapter V Trustee in this proceeding;

**NOW, THEREFORE,** in consideration of all the facts and circumstances herein and it appearing that no further additional notice being required, it is hereby;

**ORDERED,** that Jolene E. Wee as Subchapter V Trustee of the above-captioned estate be and hereby is discharged.

Date: Sep 4 2026

/s/ Brian F Kenney
Hon. Brian F. Kenney
Chief United States Bankruptcy Judge

Entered on Docket: Sep 4 2026

**I ASK FOR THIS:**

*/s/ Jolene E. Wee*
Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
(929) 502-7715
jwee@jw-infinity.com
*Subchapter V Trustee*

**END OF ORDER**

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 26-12005-BFK
Gallagher Associates, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: RenierJes Page 1 of 2
Date Rcvd: Sep 04, 2026 Form ID: pdford9 Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gallagher Associates, LLC, 2501 N Glebe Rd Suite 301, Arlington, VA 22207-3558 |
| desig | + | Mary Ellen Gallagher, 2501 N Glebe Rd Suite 301, Arlington, VA 22207-3558 |
| 17148278 | + | Arlington County Treasurer, 2100 Clarendon Blvd, Suite 217, Arlington, VA 22201-5447 |
| 17148277 | + | John Marshall Medical, Dental Building Condominium, 2501 N Glebe, Arlington, VA 22207-3558 |
| 17148279 | + | Verna & Associates, 105 Jessup Road, Suite 100, Thorofare, NJ 08086-2182 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 05 2026 02:04:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 17148453 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 05 2026 02:04:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 17148280 | | Email/Text: delinquencycontrol@nihfcu.org | Sep 05 2026 02:05:00 | NIH Federal Credit Union, P.O. Box 6475, Rockville, MD 20849-6475 |
| 17148454 | | Email/Text: atlreorg@sec.gov | Sep 05 2026 02:04:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NIH Federal Credit Union, P.O. Box 6475, Rockville, MD 20849-6475 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Gallagher Associates LLC dan@danpress.us, pressdm@gmail.com;danpress@recap.email |
| Jolene E. Wee | on behalf of Trustee Jolene E. Wee jwee@jw-infinity.com cjew11@trustesolutions.net |
| Jolene E. Wee | jwee@jw-infinity.com cjew11@trustesolutions.net |
| Kristen S. Eustis | on behalf of U.S. Trustee Matthew W. Cheney Kristen.S.Eustis@usdoj.gov robert.w.ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Scott W. Foley | on behalf of Creditor NIH Federal Credit Union swf@shapirosher.com ajs@shapirosher.com;msw@shapirosher.com;ejd@shapirosher.com;LAR@shapirosher.com |

TOTAL: 6