**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Gallagher Associates, LLC** | : | **No. 26-12005-BFK** |
| **Debtor.** | : | |

## RESPONSE OF DEBTOR TO MOTION OF NIH FEDERAL CREDIT UNION (I) TO PROHIBIT DEBTOR'S USE OF CASH COLLATERAL AND (II) FOR ADEQUATE PROTECTION

**Gallagher Associates LLC**, debtor and debtor-in-possession (the "Debtor"), responds as follows to the MOTION OF NIH FEDERAL CREDIT UNION (I) TO PROHIBIT DEBTOR'S USE OF CASH COLLATERAL AND (II) FOR ADEQUATE PROTECTION.

Debtor does not contest that rents received are cash collateral and agrees that it will not use them other than to pay NIH FCU without the consent of said creditor. However, no injunction should be necessary as this is an existing requirement of the Bankruptcy Code and there is nothing to suggest that Debtor has violated or will violate that requirement.[1]

As for adequate protection, NIH FCU is adequately protected by an equity cushion in the property, but nonetheless will begin making payments per 11 U.S.C. § 362(d)(3)(B), which should be more than sufficient adequate protection.

[1] Debtor notes that the lease is expired. The tenancy is month to month, and the current rent is the amount equal to the monthly mortgage payment, not the amount stated in the expired lease. No rent has been received since the petition date.

Daniel M. Press, VSB# 37123
LAW OFFICES OF DANIEL M. PRESS
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

**WHEREFORE,** Debtor respectfully requests that the motion be den1ied.

Dated: September 21, 2026.

Respectfully submitted,

__/s/ Daniel M. Press ________

Daniel M. Press, VSB# 37123
LAW OFFICES OF DANIEL M. PRESS
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 21st day of September, 2026, I caused the foregoing Response to be served by CM/ECF upon counsel for the Movant and upon the Office of the U.S. Trustee.

__/s/ Daniel M. Press ________
Daniel M. Press