**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(ALEXANDRIA DIVISION)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **GALLAGHER ASSOCIATES, LLC** | ) | |
| | ) | Case No. 26-12005-BFK |
| Debtor. | ) | |
| | ) | |

# NOTICE OF INTERIM STIPULATED CONSENT ORDER AUTHORIZING USE OF USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

PLEASE TAKE NOTICE that, on August 31, 2026, NIH Federal Credit Union ("**NIH**") filed a *Motion of NIH Federal Credit Union (I) To Prohibit Debtor's Use of Cash Collateral and (II) For Adequate Protection* (the "**Cash Collateral Motion**") [ECF No. 17] and, on September 21, 2026, Gallagher Associates, LLC (the "**Debtor**") filed a Response to the Cash Collateral Motion [ECF No. 34].

PLEASE TAKE FURTHER NOTICE that, on September 29, 2026, the Court held a hearing on the Cash Collateral Motion, whereupon counsel for NIH and the Debtor placed on the record the terms of an agreement providing for the Debtor's use of Cash Collateral and granting adequate protection for NIH. The terms of the agreement are set forth in the Interim *Stipulated Consent Order Authorizing Use of Use Cash Collateral and Granting Adequate Protection* (the "**Interim Stipulated Consent Order**") attached hereto and incorporated by reference.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Bankr. P. 4001(d), any objection to terms of the Interim Stipulated Consent Order must be filed by **October 14, 2026**. **If you do not want the Court to enter the Interim Stipulated Consent Order, or if you want the Court to consider your views on the Interim Stipulated Consent Order,** file with the Court, at the address shown below, an objection or response as required by the local bankruptcy rules. **Unless a written objection or response is filed and served by the date specified, the Court may deem any opposition waived, treat the relief sought in the Interim Stipulated Consent Order as conceded, and enter the Interim Stipulated Consent Order without further notice or hearing.** If you mail your objection or response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

Clerk of the Bankruptcy Court
200 South Washington Street
Alexandria, Virginia 22314

Any objection or response filed must be sent to:

Scott W. Foley, Bar No. 466848
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201

Attorneys for NIH Federal Credit Union

And

Daniel M. Press, Bar No. 37123
LAW OFFICE OF DANIEL M. PRESS
201 Washington St.
Cumberland, Maryland 21502

Attorneys for Debtor and Debtor in Possession

PLEASE TAKE FURTHER NOTICE that **the Court shall conduct a final hearing on the Interim Stipulated Consent Order on October 20, 2026 at 11:00 a.m.** The hearing will be held in person. All participants must appear in-person at the United States Bankruptcy Courthouse, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, Virginia 22314.

If no objections or responses are timely filed, the Court may enter the Interim Stipulated Consent Order without further notice. The Court, in its discretion, may conduct a hearing or determine the matter without a hearing regardless of whether an objection or response is filed. Parties desiring further information may contact the undersigned counsel.

Date: September 30, 2026

/s/ Scott W. Foley
Scott W. Foley, Bar No. 466848
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
*Attorneys for NIH Federal Credit Union*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2026 copies of the foregoing Notice were served on the parties on the attached matrix by first-class mail, postage prepaid:

/s/ Scott W. Foley
Scott W. Foley, Bar No. 466848
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
*Attorneys for NIH Federal Credit Union*

Label Matrix for local noticing
0422-1
Case 26-12005-BFK
Eastern District of Virginia
Alexandria
Wed Sep 30 12:41:44 EDT 2026

Gallagher Associates, LLC
2501 N Glebe Rd Suite 301
Arlington, VA 22207-3558

NIH Federal Credit Union
P.O. Box 6475
Rockville, MD 20849-6475

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Arlington County Treasurer
2100 Clarendon Blvd
Suite 217
Arlington, VA 22201-5447

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John Marshall Medical
Dental Building Condominium
2501 N Glebe
Arlington, VA 22207-3558

John Marshall Medical Dental Building Condom
c/o Chadwick, Washington et al
12150 Monument Drive Ste. 400,
Fairfax, VA 22033-4063

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

Verna & Associates
105 Jessup Road
Suite 100
Thorofare, NJ 08086-2182

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502-2880

Jolene E. Wee
JW Infinity Consulting LLC
447 Broadway
Ste 2nd FL #502
New York, NY 10013-2562

Mary Ellen Gallagher
2501 N Glebe Rd Suite 301
Arlington, VA 22207-3558

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)NIH Federal Credit Union
P.O. Box 6475
Rockville, MD 20849-6475

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 14 |
| Bypassed recipients | 1 |
| Total | 15 |