# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 26−12005−BFK
**Chapter** 11
**Judge** Brian F Kenney

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gallagher Associates, LLC
2501 N Glebe Rd Suite 301
Arlington, VA 22207

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: 22−3951368

## NOTICE OF HEARING

A

*1* – Chapter 11 Subchapter V Voluntary Petition Non−Individual Filed by Gallagher Associates, LLC. (Jeffers, Alexandria)

*17* – Motion for Adequate Protection Motion of NIH Federal Credit Union (I) to Prohibit Debtor's Use of Cash Collateral and (II) for Adequate Protection filed by Scott W. Foley of Shapiro Sher Guinot & Sandler on behalf of NIH Federal Credit Union. (Attachments: # 1 Ex. A # 2 Ex. B # 3 Ex. C # 4 Ex. D # 5 Ex E. # 6 Ex. F # 7 Ex. G # 8 Ex. H # 9 Ex. I # 10 Ex. J # 11 Ex. K # 12 Ex. L # 13 Ex. M # 14 Ex. N # 15 Proposed Order) (Foley, Scott)

has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:** December 8, 2026 **Time:** 11:00 AM

**Location:**

Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314

Dated: October 20, 2026

For the Court,

Charri S Stewart, Clerk
United States Bankruptcy Court

[VAN022BKAPvDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 26-12005-BFK
Gallagher Associates, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: KimberlyC Page 1 of 2
Date Rcvd: Oct 31, 2026 Form ID: VAN022 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gallagher Associates, LLC, 2501 N Glebe Rd Suite 301, Arlington, VA 22207-3558 |
| desig | + | Mary Ellen Gallagher, 2501 N Glebe Rd Suite 301, Arlington, VA 22207-3558 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: delinquencycontrol@nihfcu.org | Oct 31 2026 09:31:00 | NIH Federal Credit Union, P.O. Box 6475, Rockville, MD 20849-6475 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Gallagher Associates LLC dan@danpress.us, pressdm@gmail.com;danpress@recap.email |
| Jolene E. Wee | on behalf of Trustee Jolene E. Wee jwee@jw-infinity.com cjew11@trustesolutions.net |
| Jolene E. Wee | jwee@jw-infinity.com cjew11@trustesolutions.net |

| | |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee Matthew W. Cheney Kristen.S.Eustis@usdoj.gov robert.w.ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Scott W. Foley | on behalf of Creditor NIH Federal Credit Union swf@shapirosher.com ajs@shapirosher.com;msw@shapirosher.com;ejd@shapirosher.com;LAR@shapirosher.com |

TOTAL: 6